```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
                                   )
ROUBEN MADIKIANS,                  )
                                   )
            Plaintiff,             )
                                   )
v.                                 )  No. 1:04-cv-12451-JLT
                                   )  Judge Joseph L. Tauro
AMERICAN AIRLINES ASSOCIATION      )
OF PROFESSIONAL FLIGHT             )
ATTENDANTS ("APFA"), et al.,       )
                                   )
            Defendants.            )
_____)


                      NOTICE OF APPEARANCE

    Please enter my appearance on behalf of the Defendants, American Airlines Association of Professional Flight Attendants ("APFA"), Amy Milenkovic and Julia Carrigan.

                                    Respectfully submitted,


                                    s/David B. Rome
                                    DAVID B. ROME, BBO #426400
                                    Pyle, Rome, Lichten,
                                    Ehrenberg & Liss-Riordan,
                                                             P.C.
                                    18 Tremont Street, Suite 500
                                    Boston, Massachusetts 02108
                                    (617) 367-7200
                                    (617) 367-4820 (fax)

Dated: February 3, 2005