```
                       IN THE
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| ROUBEN MADIKIANS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) No. 1:04-cv-12451-JLT |
|  | ) Judge Joseph L. Tauro |
| AMERICAN AIRLINES ASSOCIATION | ) |
| OF PROFESSIONAL FLIGHT | ) |
| ATTENDANTS ("APFA"), et al., | ) |
|  | ) |
| Defendants. | ) |

## APPLICATION FOR ADMISSION PRO HAC VICE

David B. Rome, a member of the bar of this Court, respectfully moves for the admission pro hac vice of John M. West for the purpose of entering an appearance on behalf of defendants in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court, and have filed an appearance in the above-captioned matter.

2. I move for the admission pro hac vice of Mr. West of the law firm of Bredhoff & Kaiser, P.L.L.C., to appear before this Court as co-counsel of record, and to participate in all proceedings.

3. As evidenced by his attached Certificate, Mr. West is a member in good standing of the Bar of the District of Columbia and in every other jurisdiction in which he has been admitted to practice; there are no disciplinary proceedings pending against Mr. West as a member of the bar in any jurisdiction; and Mr. West is familiar with the local rules of this Court.

WHEREFORE, undersigned counsel respectfully requests that this Court grant leave for John M. West to appear before the Court in this matter pro hac vice.

                                        Respectfully submitted,

                                        ___s/ David B. Rome_____  
                                        DAVID B. ROME, BBO #426400  
                                        Pyle, Rome, Lichten  
                                            & Ehrenberg, P.C.  
                                        18 Tremont Street, Suite 500  
                                        Boston, Massachusetts 02108  
                                        (617) 367-7200  
                                        (617) 367-4820 (fax)

                                        JOHN M. WEST  
                                        Bredhoff & Kaiser, P.L.L.C.  
                                        805 Fifteenth Street, N.W.  
                                        Suite 1000  
                                        Washington, DC 20005  
                                        (202) 842-2600  
                                        (202) 842-1888 (fax)

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Application for Admission Pro Hac Vice was served by first-class mail, postage prepaid, this  4th  day of February, 2005, on counsel for plaintiff as follows:

>David D. Nielson
>15 Cottage Avenue, Suite 301
>Quincy, MA 02169
>
>Daniel J. Ciccariello
>15 Cottage Avenue, Suite 301
>Quincy, MA 02169

                                    _____s/David B. Rome_____
                                            David B. Rome

```
                        IN THE
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

_____  )
ROUBEN MADIKIANS,                     )
                                      )
            Plaintiff,                )
                                      )
v.                                    )   No. 1:04-cv-12451-JLT
                                      )   Judge Joseph L. Tauro
AMERICAN AIRLINES ASSOCIATION         )
OF PROFESSIONAL FLIGHT                )
ATTENDANTS ("APFA"), et al.,          )
                                      )
            Defendants.               )
_____  )

                    CERTIFICATE OF JOHN M. WEST

    I, John M. West, an attorney licensed to practice in the District of Columbia, hereby certify as follows:

    1.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, to wit, the Bar of the District of Columbia, and of the following federal courts:  United States Supreme Court; United States Courts of Appeals for the Third, Fourth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, District of Columbia, and Federal Circuits; and the United States District Court for the District of Columbia. I am also a member of the Pennsylvania bar on voluntary inactive status.

    2.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C., this 2nd day of February, 2005.

        ___s/John M. West_____
           John M. West