```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| ROUBEN MADIKIANS,                ) | |
|             Plaintiff,        ) | |
| v.                               ) | No. 1:04-cv-12451-JLT |
|                                  ) | Judge Joseph L. Tauro |
| AMERICAN AIRLINES ASSOCIATION    ) | |
| OF PROFESSIONAL FLIGHT           ) | |
| ATTENDANTS ("APFA"), et al.,     ) | |
|             Defendants.       ) | |

## CORRECTED NOTICE OF APPEARANCE

Because of a miscommunication between counsel in Washington, D.C., and local counsel, my notice of appearance filed in this matter on February 4, 2005, erroneously showed my appearance on behalf of defendants American Airlines Association of Professional Flight Attendants ("APFA") and Amy Milenkovic, as well as defendant Julia Carrigan. In fact, counsel have not at this time been authorized to appear on behalf of defendants APFA and Milenkovic. Accordingly, my notice of appearance should be corrected to show that I have appeared _only_ on behalf of defendant Julia Carrigan.

Respectfully submitted,

s/David B. Rome
DAVID B. ROME, BBO #426400
Pyle, Rome, Lichten, Ehrenberg
 & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, Massachusetts 02108
(617) 367-7200
(617) 367-4820 (fax)

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Corrected Notice of Appearance was served by first-class mail, postage prepaid, this 7th day of February, 2005, on counsel for plaintiff as follows:

David D. Nielson
15 Cottage Avenue, Suite 301
Quincy, MA 02169

Daniel J. Ciccariello
15 Cottage Avenue, Suite 301
Quincy, MA 02169

s/David B. Rome
David B. Rome