March 21, 2004

APFA Headquarters
Ms. Linda Lanning, Secretary
1004 West Euless Blvd.,
Euless, TX   76040

Rouben Madikians
Employee # 564126
15 St. George St.   Apt #3
Boston, MA   02118

VIA Certified Mail, Return receipt requested

Dear Ms. Lanning,

I first became aware on February 4, 2004 of actions taken by our BOS base chairperson, Julia Carrigan which violated my rights under the APFA constitution. I hereby invoke my rights as a member in good standing of APFA to file formal charges contained and detailed herein and pursuant to the APFA Constitution, Article VII – Hearings and Disciplinary Procedures, Section 1, Grounds for Charges against Julia Carrigan as an officer and agent of APFA.

I specifically request that the APFA take any and all necessary and proper legal action to vindicate and validate my rights under the APFA Constitution and I invoke the jurisdiction of the Executive Committee to these ends.

I specifically request that the Executive Committee take all legally necessary action to vindicate and validate my rights under the APFA Constitution.

I request an expedited hearing of these charges by the Executive Committee and request that you, Ms. Lanning, as Secretary of APFA, arrange for an Emergency Meeting of the Executive Committee to address these charges and that you inform me as soon as possible as to the procedures you intend to follow regarding these charges, and all relevant hearing dates, locations and participants.

I request that you circulate copies of this charging instrument to all members of the Executive Committee and other interested parties as your internal procedures and due process may require.

Sincerely,

Rouben Madikians

EXHIBIT A