**FITZHUGH, PARKER & ALVARO LLP**
ATTORNEYS AT LAW
155 FEDERAL STREET
SUITE 1700
BOSTON, MA 02110-1727
TELEPHONE: (617) 695-2330
FAX: (617) 695-2335
WWW.FITZHUGHLAW.COM

MICHAEL A. FITZHUGH
WILLIAM L. PARKER
FERDINAND ALVARO, JR. •
MARK A. DARLING

FRANK CAMPBELL, JR. * •
JOSEPH M. GODIGA •
FREDERICK E. DASHIELL •
LUCY ELANDJIAN *

BRADLEY F. GANDRUP JR. * •
ANNE-MARIE H. GERBER +
ROBERT P. LA HAIT
ADERONKE O. LIPEDE
AMY CASHORE MARIANI *
SUSAN M. MORRISON
JEFFREY A. NOVINS •
EDWARD P. O'LEARY †
JEFFREY F. RICHARDSON ·
ELLEN R. TANOWITZ •*
DAVID JON VOLKIN

FILED
CLERKS OFFICE
2005 FEB -7 P 3:
U.S. DISTRICT COURT
DISTRICT OF MASS

RHODE ISLAND OFFICE
571 PONTIAC AVENUE
CRANSTON, RI 02910
TELEPHONE (401) 941-3220
FAX (401) 941-3055

CONNECTICUT OFFICE
ONE CONSTITUTION PLAZA
SUITE 900
HARTFORD, CT 06103
TELEPHONE: (860) 549-6803
FAX: (860) 728-0546

\* OF COUNSEL

UNLESS DESIGNATED OTHERWISE, OUR ATTORNEYS ARE ADMITTED ONLY IN MASSACHUSETTS

+   ALSO ADMITTED IN CALIFORNIA
    ALSO ADMITTED IN CONNECTICUT
•   ALSO ADMITTED IN NEW YORK

†   ALSO ADMITTED IN NEW HAMPSHIRE
o   ONLY ADMITTED IN RHODE ISLAND
    ALSO ADMITTED IN RHODE ISLAND

February 2, 2005

Daniel J. Ciccariello, Esq.
Law Office of Daniel J. Ciccariello
15 Cottage Ave, Suite 301
Quincy, MA 02169

Re: Rouben Madikians. v. American Airlines Association of Professional Flight Attendants, et al.
U.S.D.C. for the Eastern District Of Massachusetts; Docket No. 04-1245 JLT.

Dear Attorney Ciccariello:

Pursuant to our conversation on February 1, 2005, this letter will confirm that the Defendants, Kelly Cox and American Airlines, Inc. have up to and including February 21, 2005 to file an answer to the complaint.

Thank you for your attention to this matter. Please do not hesitate to contact either Attorney Fitzhugh or me if you have any questions or concerns.

Very Truly yours,

Angelina Velazquez,
Paralegal

Enclosures
cc: Ingrid Keiser, Esq.
    File No. EMPL20040338
    David D. Nielson, Esq.
    Civil Clerk's Office
    U.S.D.C. for the Eastern District Of Massachusetts
    Docket No. 04-1245 JLT