AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

**FILED CLERKS OFFICE**

2005 FEB -9 P 12: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROUBEN MADIKIANS

V.

AMERICAN AIRLINES ASSOCIATION OF FLIGHT ATTENDANTS (AFPA);

AMERICAN AIRLINES (AA);

JULIA CARRIGAN, personally and in her capacity as Boston Chair of APFA;

KELLY COX personally and in her capacity as AA Boston based manager; and

AMY MILENKOVIC personally and in her capacity as APFA representative

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 - 12451 JLT**

TO: (Name and address of Defendant)

KELLY COX
16 GARLAND STREET
LYNN, MASSACHUSETTS 01902

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID D. NIELSON, ESQ.
15 COTTAGE AVENUE, SUITE 301
QUINCY, MASSACHUSETTS 02169
(617) 773-6866
DNIELSON@DDNLAW.COM

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: 11/19/2004

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

TRAVEL

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

February 4, 2005

I hereby certify and return that on 2/2/2005 at 10:35AM I served a true and attested copy of the summons and complaint and demand for jury trial, cover sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Kelly Cox, 16 Garland Street, Apt #2, Lynn, MA 01902 and by mailing 1st class to the above address on 2/3/2005. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($6.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $40.90

*John Pace*
Deputy Sheriff

Deputy Sheriff John Pace

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.