```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
_____
                                      )
ROUBEN MADIKIANS,                     )
                                      )
              Plaintiff,              )
                                      )
v.                                    )    CA No. 1:04-cv-12451-JLT
                                      )
AMERICAN AIRLINES ASSOCIATION         )
OF PROFESSIONAL FLIGHT                )
ATTENDANTS ("APFA"), et al.,          )
                                      )
              Defendants.             )
_____)
```

NOTICE OF APPEARANCES

The Clerk will please enter the appearances of undersigned counsel on behalf of defendant Amy Milenkovic and defendant Association of Professional Flight Attendants ("APFA").

Respectfully submitted,

s/ David B. Rome
DAVID B. ROME, BBO #426400
Pyle, Rome, Lichten, Ehrenberg
  & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, Massachusetts 02108
(617) 367-7200
(617) 367-4820 (fax)

JOHN M. WEST (*pro hac vice*)
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W.
Suite 1000
Washington, DC 20005
(202) 842-2600
(202) 842-1888 (fax)

Counsel for defendants Carrigan, Milenkovic, and APFA

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearances was served by first-class mail, postage prepaid, this 28th day of February, 2005, as follows:

> David D. Nielson
> 15 Cottage Avenue, Suite 301
> Quincy, MA 02169
>
> Daniel J. Ciccariello
> 15 Cottage Avenue, Suite 301
> Quincy, MA 02169
>
> Michael A. Fitzhugh
> Fitzhugh, Parker & Alvaro LLP
> 155 Federal Street
> Suite 1700
> Boston, MA 02110-1727

\_\_\_\_\_s/David B. Rome_____
David B. Rome