UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROUBEN MADIKIANS, | * | |
|  | * | |
| Plaintiff, | * | |
|  | * | |
|  | * | |
| v. | * | Civil Action No. 04-12451-JLT |
|  | * | |
|  | * | |
| AMERICAN AIRLINES ASSOCIATION | * | |
| OF PROFESSIONAL FLIGHT | * | |
| ATTENDANTS ("APFA"), et al., | * | |
|  | * | |
| Defendants. | * | |

ORDER

March 7, 2005

TAURO, J.

This court hereby orders that:

1. Plaintiff's Request for Leave to Amend Complaint [#12] is ALLOWED; and

2. Defendant Carrigan's Motion to Dismiss [#4] is DENIED WITHOUT

   PREJUDICE to refiling a motion to dismiss the Amended Complaint.

IT IS SO ORDERED.

                                                /s/ Joseph L. Tauro
                                                United States District Judge