# UNITED STATES DISTRICT COURT

EASTERN                                         District of                    MASSACHUSETTS

FILED IN CLERK'S OFFICE

2005 MAR 10 P 2:31

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROUBEN MADIKIANS

V.

AMERICAN AIRLINES ASSOCIATION OF FLIGHT ATTENDANTS (AFPA);

AMERICAN AIRLINES (AA);

JULIA CARRIGAN, personally and in her capacity as Boston Chair of APFA;

KELLY COX personally and in her capacity as AA Boston based manager; and

AMY MILENKOVIC personally and in her capacity as APFA representative.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04 - 12451 JLT

TO: (Name and address of Defendant)

AMY MILENKOVIC
2110 CAMPUS STREET, APT. 1
CEDAR FALLS, IA 50613
(617) 233-3172

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID D. NIELSON, ESQ.
15 COTTAGE AVENUE, SUITE 301
QUINCY, MASSACHUSETTS 02169
(617) 773-6866
DNIELSON@DDNLAW.COM

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   11/19/2004

# Return of Service

## UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Case Name:** MADIKIANS,ROUBEN | **VS** AMERICAN AIRLINES ASSOCIATION OF FLIGH |
| **Case No.:** 04-12451 JLT MA   **S.O. No.:** | 45,682 |

**Notice Rec'd This Date:** 2/15/2005

**STATE OF IOWA**

BLACK HAWK   County } SS.

**I certify that I served a copy of:** SUMMONS AND COMPLAINT

**Served:**

MILENKOVIC,AMY   **at** 2110 CAMPUS ST, #1   CEDAR FALLS   IA

**on** 2/16/2005   9:40 AM   **Type Of Service:** PERSONAL

---

**By Serving:**                                         **at**
**on** / /  **at**            **Relationship:**

                    **by serving**                 **it's**              **on**   / /
**(Company)**          **(Name)**              **(Title)**

           **at**

---

**Notes: Diligent Search/Remarks**

**FEES:**

| | |
|---|---|
| Processing: | $15.00 |
| Mileage : | $7.40 |
| Copy : | $1.00 |
| Notary : | |
| Misc. : | |
| Total : | $23.40 |

MICHAEL KUBIK                    , Sheriff
BLACK HAWK              County, IA

DAVID L SMITH                    Deputy

**FEES PAID BY:** PL ATTORNEY 2/15/05