# U.S. DISTRICT COURT
## For the
## EASTERN DISTRICT OF MASSACHUSETTS

**DOCKET NO: 1:04-cv-12451-JLT**

|  |  |  |
|---|---|---|
| ROUBEN MADIKIANS, | ) | STIPULATION OF THE PARTIES |
| Plaintiff, | ) | |
| | ) | CONSENTING TO |
| v. | ) | |
| | ) | A SECOND AMENDED |
| AMERICAN AIRLINES ASSOCIATION | ) | COMPLAINT |
| OF PROFESSIONAL FLIGHT | ) | |
| ATTENDANTS ("APFA"),  et al., | ) | |
| Defendants, | ) | |
| | ) | |

By stipulation of all parties to the above captioned litigation, and pursuant to Fed.R.Civ.P. 15(a), the adverse parties give written consent for Plaintiff Madikians to submit the Second Amended Complaint filed herewith.

Respectfully Submitted,

**ROUBEN MADIKIANS**,
By His Attorneys,


      /s/ David D. Nielson                          .

David D. Nielson, Esq., BBO# 652743
Daniel J. Ciccariello, Esq., BBO# 637529
Law Office of David D. Nielson
15 Cottage Ave, Suite 301
Quincy, MA 02169
(617) 773-6866


**Dated:  March 16, 2005**

**Consent granted by:**

| | |
|---|---|
| **AMERICAN AIRLINES, INC., and KELLY COX**, By Their Attorneys, | **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS ("APFA"), JULIA CARRIGAN, AND AMY MILENKOVIC,** By Their Attorneys, |
| | |
| \_\_\_/s/ Michael A. Fitzhugh_____. | \_\_\_/s/ John M. West_____. |
| Michael A. Fitzhugh, Esq., BBO# 169700 | David B. Rome, BBO #426400 |
| Anne Marie Gerber, Esq., BBO# 649337 | Pyle, Rome, Lichten & Ehrenberg, P.C. |
| Fitzhugh, Parker & Alvaro LLP | 18 Tremont Street, Suite 500 |
| 155 Federal Street, Suite 1700 | Boston, Massachusetts 02108 |
| Boston, MA 02110 | (617) 367-7200 |
| (617) 695-2330 | |
| | John M. West |
| | Bredhoff & Kaiser, P.L.L.C. |
| | 805 Fifteenth Street, N.W. |
| | Suite 1000 |
| | Washington, DC 20005 |
| | (202) 842-2600 |

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the above document using the Court's Case Management/Electronic Case Filing system and have served the above document upon all counsel of record pursuant to the Administrative Procedures Governing the Filing and Service by Electronic Means on March 16, 2005.

\_\_\_/s/  David D. Nielson_____.
David D. Nielson