UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROUBEN MADIKIANS, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS ("AFPA"), et al., <br><br> Defendants. | Civil Action No. 04-12451-JLT |

ORDER

July 26, 2005

TAURO, J.

This court hereby orders that:

1. <u>Union Defendants' Motion to Dismiss Second Amended Complaint</u> [#23] is ALLOWED; and

2. For the reasons stated in the accompanying Memorandum, the case is dismissed without prejudice to Plaintiff's state law claims.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge