UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROUBEN MADIKIANS,<br>　　Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES ASSOCIATION<br>OF PROFESSIONAL FLIGHT<br>ATTENDANTS ("APFA"),<br>　　Defendant,<br><br>AMERICAN AIRLINES, CO. ("AA),<br>　　Defendant,<br><br>JULIA CARRIGAN<br>　　Personally and in her capacity<br>　　As Boston Domestic Chair<br>　　Of APFA,<br>　　Defendant,<br><br>KELLY COX,<br>　　Personally and in her capacity<br>　　As AA Boston Based Manager,<br>　　Defendant; and<br><br>AMY MILENKOVIC,<br>　　Personally and in her capacity as<br>　　APFA Representative,<br>　　Defendant. | DOCKET NO. 04-12451-JLT |

## NOTICE OF APPEARANCE

Please take notice that Amy Cashore Mariani, of the law firm Fitzhugh, Parker & Alvaro LLP, hereby enters her appearance on behalf of the defendants, American Airlines, Inc. and Kelly Cox, in the above captioned lawsuit.

**AMERICAN AIRLINES, INC. And**
**KELLY COX,**
By Their Attorneys,


*/s/ Amy Cashore Mariani*
Michael A. Fitzhugh, BBO # 169700
Amy Cashore Mariani, BBO# 630160
FITZHUGH, PARKER & ALVARO LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 9, 2006.

*/s/ Angelina Velazquez*
Angelina Velazquez

2